# RECOMMENDATION TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket Number: 1:94CR05141-01 REC |
| vs. ) | |
| Damon Barnett ) | |

## LEGAL HISTORY:

On January 30, 1995, the above named was placed on supervised release for a term of 3 years, which commenced on March 7, 2003. Special conditions included a requirement that he submit to search and seizure, participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, make restitution payments, and abstain from the use of alcohol. Furthermore, the defendant was ordered to pay restitution in the amount of $6,376 and a special assessment of $200.

## SUMMARY OF COMPLIANCE:

The defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed since his release on supervision and has paid his restitution and special assessment in full. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that the defendant in this case be terminated early.

Submitted by: Tim Mechem
United States Probation Officer
Fresno, California

Date: September 1, 2005

Approved by: Bruce A. Vasquez
Supervising United States Probation Officer

cc: William Shipley, AUSA (Pursuant to Rule 32.1[b] notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the Probation Officer's recommendation and Probation Form 35, Report and Order terminating probation release Prior to Original Expiration Date, will be submitted to the Court for approval.)

Rev. 05/2000
EARLITRM.MRG

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | Docket Number: 1:94CR05141-01 REC |
| ) | |
| **Damon Barnett** ) | |

On January 30, 1995, the above named was placed on probation for a term of 3 years, which commenced on March 7, 2003. Special conditions included a requirement that he submit to search and seizure, participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, make restitution payments, and abstain from alcohol use. Furthermore, the defendant was ordered to pay restitution in the amount of $6,376 and a special assessment of $200.

The defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed since his release on supervision and has paid his restitution and special assessment in full. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

Respectfully submitted,

**Tim Mechem**
**United States Probation Officer**

Reviewed by:

**Bruce A. Vasquez**
**Supervising United States Probation Officer**

ORDER OF COURT

It is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ____14____ day of ____Sept____, 2005.

_____
Robert E. Coyle
**United States District Court Judge**

cc:   Assistant United States Attorney